UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:07CR00409 DJS (AGF) |
| ) | |
| MELVIN PATTERSON, ) | |
| ) | |
| Defendant. ) | |

## ORDER

This matter came before the Court on the Defendant's motion for disclosure of the confidential source [Doc. #17], filed on August 8, 2007. The government filed a response stating that it would disclose the source. Defendant appeared with counsel at the hearing on August 15, 2007, and confirmed that the disclosure has been made and that there were no other pretrial motions he wished to assert.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant's motion for disclosure of the confidential source [Doc. #17] is **Denied as Moot**.

_____
AUDREY G. FLEISSIG
UNITED STATES MAGISTRATE JUDGE

Dated this 15th day of August, 2007.